UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
           *Plaintiff-Appellee,*

           v.                            No. 00-6447

JERRY ALLEN BAILEY,
           *Defendant-Appellant.*

Appeal from the United States District Court
for the Western District of North Carolina, at Charlotte.
Graham C. Mullen, Chief District Judge.
(CR-94-111, CA-99-495-3-MU)

Submitted: September 29, 2000

Decided: October 18, 2000

Before WIDENER, MOTZ, and TRAXLER, Circuit Judges.

Vacated and remanded by unpublished per curiam opinion.

## COUNSEL

Jerry Allen Bailey, Appellant Pro Se. Brian Lee Whisler, OFFICE OF
THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

## OPINION

PER CURIAM:

Jerry Allen Bailey seeks to appeal the district court's order dismissing without prejudice his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We note that Bailey's prior § 2255 motion, filed before he was sentenced, does not trigger the requirement of authorization from this court to file a second or successive 28 U.S.C. § 2255 motion. *See id.*; *See O'Connor v. United States*, 133 F.3d 548, 550 (7th Cir. 1998). Accordingly, we grant a certificate of appealability and vacate the district court's order requiring authorization from this court for Bailey's instant § 2255 motion. The case is remanded for further proceedings not inconsistent with this opinion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED*

UNPUBLISHED

# UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
            *Plaintiff-Appellee,*

            v.                          No. 00-6447

JERRY ALLEN BAILEY,
            *Defendant-Appellant.*



Appeal from the United States District Court
for the Western District of North Carolina, at Charlotte.
Graham C. Mullen, Chief District Judge.
(CR-94-111, CA-99-495-3-MU)

Submitted: September 29, 2000

Decided: October 18, 2000

Before WIDENER, MOTZ, and TRAXLER, Circuit Judges.

_____

Vacated and remanded by unpublished per curiam opinion.

_____

## COUNSEL

Jerry Allen Bailey, Appellant Pro Se. Brian Lee Whisler, OFFICE OF
THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

## OPINION

PER CURIAM:

Jerry Allen Bailey seeks to appeal the district court's order dismissing without prejudice his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We note that Bailey's prior § 2255 motion, filed before he was sentenced, does not trigger the requirement of authorization from this court to file a second or successive 28 U.S.C. § 2255 motion. *See id.*; *See O'Connor v. United States*, 133 F.3d 548, 550 (7th Cir. 1998). Accordingly, we grant a certificate of appealability and vacate the district court's order requiring authorization from this court for Bailey's instant § 2255 motion. The case is remanded for further proceedings not inconsistent with this opinion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED*